

RECEIVED
DEC 16 2020
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| UNITED STATES OF AMERICA | * | 1:20-cr-00296-01 |
|---|---|---|
| VERSUS | * | Judge Drell |
| LEVAR WASHINGTON | * | Magistrate Judge Perez-Montes |

**INDICTMENT**

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
Assaulting a Federal Officer
[18 U.S.C. § 111(a)(1)]

On or about October 15, 2020, in the Western District of Louisiana, the defendant, **Levar Washington**, an inmate of the Federal Correctional Complex in Pollock, Louisiana, forcibly assaulted an officer or employee of the United States while engaged in their official duties, as defined under 18 U.S.C. § 1114, that resulted in serious bodily injury, all in violation of Title 18, United States Code, Section 111(a)(1).

<u>COUNT TWO</u>
Possessing Contraband in Prison
[18 U.S.C. § 1791(a)(2)]

On or about October 15, 2020, in the Western District of Louisiana, the defendant, **Levar Washington**, an inmate of the Federal Correctional Complex in Pollock, Louisiana, knowingly possessed a prohibited object that was designed or intended to be used as a weapon, as defined under 18 U.S.C. § 1791(d)(1)(B), namely:

an approximately eleven inch piece of metal, sharpened to a point with a corded grip, commonly referred to as a "prison shank," all in violation of Title 18, United States Code, Section 1791(a)(2).

A TRUE BILL:

*REDACTED*
_____
GRAND JURY FOREPERSON

ALEXANDER C. VAN HOOK
Acting United States Attorney

*[signature]*
_____
MIKE SHANNON (BRO No. 685456)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
Phone: 318-676-3600
Email: michael.shannon@usdoj.gov